IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:03cr16-SPM

HERNANDEZ LOPAZ DANIELS,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING AND ORDERING TRANSPORT

For good cause shown, the Stipulated Motion for Continuance is granted. The sentencing hearing is reset for 1:30 p.m. on Tuesday, February 21, 2006. The United States Marshal shall transport Defendant to the district at least one day in advance of the new sentencing date to allow defense counsel time to meet with Defendant in person prior to the sentencing hearing.

SO ORDERED this 17th day of January, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge