IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                     CASE NO.: 4:03cr16-SPM

HERNANDEZ LOPAZ DANIELS,
         Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated April 30, 2007 (doc. 109). Defendant has been furnished a copy of the report and recommendation and has been afforded an extension of time to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 109) is ADOPTED and incorporated by reference in this order.

2. Defendant's § 2255 motion (doc. 98) is denied as untimely.

DONE AND ORDERED this 15th day of June, 2007.

                                     *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge