IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                   CASE NO.: 4:03cr16-SPM

HERNANDEZ LOPAZ DANIELS,

     Defendant.
_____/

**ORDER DENYING LEAVE TO AMEND AND**
**EXTENDING TIME FOR FILING OBJECTIONS**

THIS CAUSE comes before the Court on Defendant's motion for leave to amend his 2255 motion (doc. 127) and motion for extension of time to file objections (doc. 128). Defendant's motion for leave to amend will be denied because Defendant does not identify his proposed amendment, making it impossible to determine if it relates back to his timely-filed claims. See Dean v. United States, 278 F.3d 1218, 1222 (11th Cir. 2002) (claims relate back if they arise from the same conduct and occurrences). Defendant's motion for extension of time to file objections will be granted, however. Accordingly, it is

     ORDERED AND ADJUDGED:

     1.     The motion for leave to amend (doc. 127) is denied.

     2.     The motion for extension of time to file objections (doc. 128) is

granted.  Defendant shall have up to and including February 15, 2008, to file any objections to the report and recommendation (doc. 124).

DONE AND ORDERED this 28th day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge