IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 4:03cr16-SPM

HERNANDEZ LOPAZ DANIELS,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated November 19, 2007 (doc. 124). Defendant has been furnished a copy of the report and recommendation and has been afforded an extension of time to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendant has filed objections (doc. 131) and a motion for reconsideration (doc. 130) to amend his complaint. Having considered the report and recommendation, the objection and the motion for reconsideration, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 124) is ADOPTED and incorporated by reference in this order.

2. Defendant's § 2255 motion (doc. 98) is denied.

3. The motion for reconsideration (doc. 130) is denied.

DONE AND ORDERED this 11th day of December, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:03cr16-SPM