IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                           CASE NO.: 4:03cr16-SPM

HERNANDEZ LOPAZ DANIELS,

       Defendant.
_____/

### ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court on Defemdant Hernandez Lopaz Daniels' notice of appeal (doc. 132), which has been construed as a request for certificate of appealability. For the following reasons, a certificate of appealability will be denied.

A defendant seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the defendant can show that reasonable jurists could differ as to the resolution of the case either on the merits or as to any plain procedural bar. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The magistrate judge's report and recommendation (doc. 124) addresses each of Defendant's claims on the merits. Defendant's statute of limitations claim

is without merit because his conspiracy continued into the limitations period.  His Booker and Blakely claims are moot because he was resentenced under advisory guidelines.  Defendant has failed to allege specifics for his ineffective of assistance of counsel claims to demonstrate deficient performance or prejudice.  Even in his objections (doc. 131) and motions seeking to amend the petition (docs. 127 and 130), Defendant failed to provide any specifics.

The resolution of this case is not debatable and the issues do not deserve encouragement to appeal.  Accordingly, it is

ORDERED AND ADJUDGED: no certificate of appealability will be issued.

DONE AND ORDERED this 7th day of January, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge